# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Pamela S. Holland, <br><br> Plaintiff, <br><br> v. <br><br> Michael J. Astrue, <br><br> Defendant. | Civil Action No. <br> 11-4229-CV-C-JTM |

## **O R D E R**

On Tuesday, December 18, 2012, the Court heard oral argument on the *Plaintiff's Motion For Brief,* filed August 1, 2012, [Doc. 14] and the *Brief For Defendant*, filed November 14, 2012, [Doc. 19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the December 18, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**